UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                            Case No. 1:23–cr–20676–TLL–PTM
                                                Hon. Thomas L. Ludington

Jeffrey Bartlett, et al.,

                Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before District Judge Thomas L. Ludington as follows:

Government attorney(s) are hereby notified to participate as well as the defense attorney(s) for: Jeffrey Bartlett, Andrew Semenchuk, Adam Ball, Brian Bartlett, Anthony Thelen

- STATUS CONFERENCE: June 23, 2025 at 04:00 PM

The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys. Be advised that this is an attorneys–only proceeding. Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

**ADDITIONAL INFORMATION:** TEAMS Invite will be Emailed Separately to Counsel.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K Winslow
                                                         Case Manager

Dated: May 23, 2025