UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

        Plaintiff,   Case No. 1:23-cr-20676
                          Honorable Thomas L. Ludington

vs.

Jeffrey Bartlett, et al.,

        Defendant.

---

### Notice of Change of Assistant U.S. Attorney

---

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

| *Add the following AUSA(s):* | *Terminated the following AUSA(s):* |
|---|---|
| Name: K. Craig Welkener | Name: Gjon Juncaj |
| Bar ID: DC 1033585 | Bar ID: P63256 |
| Telephone: (313) 226-0248 | Telephone: (313) 226-0209 |
| Fax: (313) 226-3800 | Fax: (313) 226-3800 |
| Email: Kenton.Welkener@usdoj.gov | Email: Gjon.Juncaj@usdoj.gov |

                                                S/K. Craig Welkener
                                                K. Craig Welkener (DC 1033585)
                                                Assistant U.S. Attorney
                                                211 W. Fort Street, Ste. 2001
                                                Detroit, Michigan 48226
                                                (313) 226-0248
Dated: June 18, 2025                         Kenton.Welkener@usdoj.gov