UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

            Plaintiff,

v.                                         Case No. 1:23-cr-20676-TLL-PTM
                                              Hon. Thomas L. Ludington

Jeffrey Bartlett, et al.,

            Defendant(s),

_____

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been *rescheduled* before District Judge Thomas L. Ludington as follows:

Government attorney(s) are hereby notified to participate as well as the defense attorney(s) for:  Jeffrey Bartlett, Andrew Semenchuk, Adam Ball, Brian Bartlett, Anthony Thelen

- STATUS CONFERENCE:  June 27, 2025 at 10:30 AM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/K Winslow
                                                           Case Manager

Dated:  June 25, 2025