UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                          Case No. 23-cr-20676

                                                                                          Hon. Thomas L. Ludington

JEFFREY BARTLETT, , *et al,*

        Defendant.

_____/

**STIPULATION AND ORDER FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO JURY INSTRUCTIONS AND VOIR DIRE SCRIPT**

The United States and the Defendants hereby stipulate to an extension of time to for defendants to file objections to jury instructions and voir dire script [ECF 238] to June 30, 2025.

        **IT IS SO ORDERED.**

Dated: June 30, 2025                                                    s/Thomas L. Ludington
                                                                                              THOMAS L. LUDINGTON
                                                                                              United States District Judge