UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                Case No. 23-20676

  v.                             HON. THOMAS L. LUDINGTON

D-1 JEFFREY BARTLETT,
D-2 ANDREW SEMENCHUK,
D-3 ADAM BALL,
D-4 BRIAN BARTLETT, and
D-5 ANTHONY THELEN,

      Defendant.
_____/

**STIPULATION TO FURTHER EXTEND TIME FOR GOVERNMENT TO REPLY TO DEFENDANTS' JOINT RESPONSE TO MOTION IN LIMINE REGARDING TESTIMONY BY SPOUSES AND DOMESTIC PARTNER OF THE DEFENDANTS**

On May 29, 2025, Defendants filed their joint response to the government's Motion in Limine Regarding Testimony by Spouses and a Domestic Partner of the Defendants (the "Motion") [ECF No. 229]. On June 19, 2025, Defendant Jeffrey Bartlett filed an Errata regarding the joint response [ECF No. 239]. The United States has requested and counsel for defendants have agreed and stipulated to an extension of time for the Government to file its reply to the joint response.

The parties therefore stipulate that the Government may file its reply to the joint response on or before Thursday, July 3, 2025.

**IT IS SO STIPULATED.**

| | |
|---|---|
| */s/ T. Patrick Martin* | */s/ Mark A. Satawa (w/ consent)* |
| T. Patrick Martin (P86940) | Mark A. Satawa (P47021) |
| Assistant United States Attorney | Attorney for Defendant Adam Ball |
| 211 W. Fort Street, Suite 2001 | 26777 Central Park Blvd, Suite 300 |
| Detroit, Michigan 48226 | Southfield, MI 48076 |
| (313) 226-9168 | (248) 356-8320 |
| Thomas.Martin@usdoj.gov | mark@satawalaw.com |
| | |
| */s/ Mark Kriger (w/ consent)* | */s/ James Amberg (w/ consent)* |
| Mark Kriger | James Amberg |
| Attorney for Brian Bartlett | Attorney for Brian Bartlett |
| LeRene & Kriger, PLC | Amberg and Amberg |
| 2400 Guardian Building | 32121 Woodward Ave., Ste. PH |
| 500 Griswold Street | Royal Oak, MI 48073 |
| Detroit, Michigan 48226 | (248) 681-6255 |
| (313) 697-0100 | jamberg@amberglaw.net |
| mkriger@sbcglobal.net | |
| | |
| */s/ Joshua Blanchard (w/ consent)* | */s/ Daniel Gerdts (w/ consent)* |
| Joshua Blanchard | Daniel L. Gerdts |
| Attorney for Jeffrey Bartlett | Attorney for Andrew Semenchuk |
| Blanchard Law | 331 Second Avenue South, Ste. 705 |
| 309 S Lafayette St., Ste 208 | Minneapolis, MN 55401 |
| PO Box 938 | (612) 800-5086 |
| Greenville, Michigan 48838 | daniel@danielgerdtslaw.com |
| (616) 773-2945 | |
| josh@blanchard.law | |

*/s/ Charles E. Chamberlain, Jr. (w/ consent)*
Attorney for Anthony Thelen
Charles E. Chamberlain, Jr.
Willey & Chamberlain
300 Ottawa Avenue, N.W., Ste. 810
Grand Rapids, MI 49503
(616) 458-2212
cec@willeychamberlain.com

**IT IS SO ORDERED.**

    Dated: July 7, 2025                      s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District