UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA**
                Plaintiff,        Case No. 1:23-cr-20676-TLL

                                            Hon. Thomas Ludington

v.

**JEFFREY BARTLETT,**
                Defendant.
_____/

**CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

The above-named defendant acknowledges that he has the right to have all proceedings, including the plea hearing, conducted by the district judge assigned to this case. The magistrate judge may conduct the plea hearing with the consent of the defendant, defense counsel, and counsel for the United States.

Understanding these rights, I hereby consent to having a United States Magistrate Judge preside over the plea hearing and give up my right to proceed before the District Judge. I understand that the United States District Judge will accept or reject the plea, accept or reject any plea agreement, and impose sentence. I give my consent to this procedure freely and voluntarily.

Dated: 07/18/20                          *Jeffrey Bartlett*
                                                Jeffrey Bartlett (Jul 18, 2025 10:01 EDT)
                                                Jeffrey Bartlett, Defendant

Dated: July 18, 2025                 /s/ Joshua A. Blanchard
                                                Joshua Blanchard
                                                Attorney for Defendant

Dated: July 18, 2025                 /s/ Karen Reynolds (w/ consent)
                                                Karen Reynolds
                                                Assistant United States Attorney

# 2025-07-18 - Consent to Enter Plea

Final Audit Report 2025-07-18

| | |
|---|---|
| Created: | 2025-07-18 |
| By: | Joshua Blanchard (josh@blanchard.law) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA2vmq2f8VCkG23b48K9VyknAFDsb_PMyb |

## "2025-07-18 - Consent to Enter Plea" History

📄 Document created by Joshua Blanchard (josh@blanchard.law)
　　2025-07-18 - 1:55:04 PM GMT- IP address: XXXXXX

✉️ Document emailed to Jeffrey Bartlett (XXXXXXXXXXXX) for signature
　　2025-07-18 - 1:55:11 PM GMT

📄 Email viewed by Jeffrey Bartlett (XXXXXXXXXXXX)
　　2025-07-18 - 1:55:16 PM GMT- IP address: XXXXXX

✍️ Document e-signed by Jeffrey Bartlett (XXXXXXXXXXXX)
　　Signature Date: 2025-07-18 - 2:01:55 PM GMT - Time Source: server- IP address: XXXXXX

✅ Agreement completed.
　　2025-07-18 - 2:01:55 PM GMT

**Adobe Acrobat Sign**