# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,           Case No.: 1:23-CR-20676 01

v           Hon. Thomas L. Ludington

         Magistrate Judge Patricia T. Morris

         Magistrate Judge Kimberly G. Altman

JEFFREY BARTLETT,

        Defendant.

_____/

## UNOPPOSED MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Comes now the United States of America, by Jessica A. Nathan, Assistant United States Attorneys for the Eastern District of Michigan, and respectfully moves this Court for an Order authorizing the Clerk of the United States District Court for the Eastern District of Michigan to take receipt of funds in this matter and to hold such funds in the Court Registry, until such time as a restitution Order is entered and the funds can be disbursed pursuant to such Order.

In support of such motion, the Government avers:

1. Defendant, Jeffrey Bartlett, entered a guilty plea on July 28, 2025, to Conspiracy to Defraud the United States in violation of 18 U.S.C. § 371. ECF No. 270.

2.  In accordance with the terms of the plea agreement, Bartlett has agreed to make restitution in the amount of **Nine Hundred Fourteen Thousand Three Hundred Sixty Dollars and 00/100 ($914,360.00)**. *Id.*, at PageID.3064.

3.  The United States has been notified Bartlett and/or his representative intends to make one or more installment payments by check or other tender to satisfy his obligation under the plea agreement prior to sentencing.

4.  Therefore, the United States requests an order permitting Bartlett and/or his representative to deposit funds with the Clerk of the Court to be held, and thereafter disbursed pursuant to a restitution Order or other Order of this Court.

WHEREFORE, the United States respectfully requests this Court authorize the Clerk of the Court to accept and hold in the Registry of the Court, until further Court Order, funds on behalf of Bartlett in the instant criminal proceeding. A proposed order has been separately submitted through Utilities.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney
TX State Bar No. 24090291
United States Attorney's Office
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9643
E-Mail: jessica.nathan@usdoj.gov
*Counsel for United States*

## Certification of Service

I hereby certify that on July 28, 2025 the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

                                                s/ Jessica A. Nathan
                                                Jessica A. Nathan (TX 24090291)
                                                Assistant United States Attorney
                                                211 W. Fort Street, Ste. 2001
                                                Detroit, Michigan 48226
                                                (313) 226-9643
                                                Jessica.Nathan@usdoj.gov