UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

1- JEFFREY BARTLETT,
2- ANDREW SEMENCHUK,
3- ADAM BALL,
4- BRIAN BARTLETT,
5- ANTHONY THELEN,

        Defendants.
_____/

Case No. 1:23-cr-20676
Hon. Thomas L. Ludington
Magistrate Judge Patricia T. Morris

**ORDER DIRECTING CLERK OF COURT TO TRANSFER FUNDS FROM TREASURY REGISTRY ACCOUNT AND TO MAKE DISTRIBUTIONS**

On July 30, 2025, this Court entered an order directing the Clerk of the Court to accept funds from Defendant Jeffrey Bartlett in the amount of $914,360.00 in restitution to be paid to the victim, Michigan Department of Transportation. ECF No. 282. Defendant Jeffrey Bartlett was sentenced on November 18, 2025, and the judgment was docketed on November 19, 2025, ordering said restitution. ECF No. 328.

On October 10, 2025, this Court entered an order directing the Clerk of the Court to accept funds from Defendant Andrew Semenchuk in the amount of $914,360.00 in restitution to be paid to the victim, Michigan Department of

Transportation. ECF No. 291. Defendant Semenchuk was sentenced on November 18, 2025, and an amended judgment was docketed on November 21, 2025, ordering said restitution. ECF No. 327.

On November 17, 2025, this Court entered an order directing the Clerk of the Court to accept funds from Adam Ball for restitution for payment to the victim, Michigan Department of Transportation. ECF No. 323. Restitution was determined to be $914,360.00, which Mr. Ball has paid. Defendant Ball was sentenced on November 20, 2025, and the judgment was docketed on November 24, 2025, ordering said restitution. ECF No. 334.

On November 10, 2025, this Court entered an order directing the Clerk of the Court to accept funds from Brian Bartlett in the amount of $914,360.00 for restitution to the victim, Michigan Department of Transportation. ECF No. 329. Defendant Brian Bartlett was sentenced on November 20, 2025, and the judgment was docketed on November 24, 2025, ordering said restitution. ECF No. 333.

On October 17, 2025, this Court entered an order directing the Clerk of the Court to accept funds from Anthony Thelen in the amount of $914,3690.00 for restitution to the victim, Michigan Department of Transportation. ECF No. 294. Defendant Thelen was sentenced on November 20, 2025, and the judgment was docketed on November 24, 2025, ordering said restitution. ECF No. 336.

Accordingly, it is **ORDERED** that the Clerk of the Court is **DIRECTED** to forthwith transfer $4,571,800.00, and all accrued interest if any, currently held in the Treasury Registry Fund to the restitution fund.

Further, it is **ORDERED** that the Clerk of the Court is **DIRECTED** to distribute the funds to the victims in accordance with the terms of the judgments entered in this case.

Dated: December 22, 2025              s/Thomas L. Ludington
                                                                        THOMAS L. LUDINGTON
                                                                        United States District Judge