UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| United States of America, | Criminal No. 23-cr-20676-1 |
| Plaintiff, | Hon. Thomas L. Ludington |
| v. | |
| Jeffrey Bartlett, | |
| Defendant. | |

### STIPULATION TO PERMIT JEFFREY BARTLETT TO SURRENDER AT HIS DESIGNATED FACILITY

The United States and Defendant Jeffrey Bartlett hereby stipulate to an Order authorizing Defendant Bartlett to surrender for service of his sentence at the institution designated by the Bureau of Prisons, as notified by his Probation of Pretrial Services officer.

The Court's Judgment in this matter specified that Mr. Bartlett was to surrender to the United States Marshal in this district. This stipulation and order modifies that directive, permitting him to surrender at the place designated by the BOP for service of the sentence. He will be notified of the place, date, and time of surrender by his Probation or Pretrial Services officer.

JEROME F. GORGON, JR.
United States Attorney

s/ William Vailliencourt (w/ consent)
William Vailliencourt
Assistant U. S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9672
william.vailliencourt@usdoj.gov

/s/Joshua A. Blanchard
Attorney for Jeffrey Bartlett
Blanchard Law
309 S. Lafayette St., Ste. 208
Greenville, MI 48838
616-773-2945
josh@blanchard.law

## ORDER

IT IS SO ORDERED.

Dated: January 16, 2026                    s/Thomas L. Ludington
                                           THOMAS L. LUDINGTON
                                           United States District Judge