UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JEFFREY BARTLETT and
BRIAN BARTLETT,

          Defendants.
_____/

Case No. 23-CR-20676
Hon. Thomas L. Ludington

**WITHDRAWAL OF MOTION TO STAGGER SENTENCES FILED ON JANUARY 27, 2026 [R.E. 340].**

NOW COME Jeffrey Bartlett and Brian Bartlett, by and through their respective attorneys, Josh Blanchard and Mark J. Kriger, and hereby withdraw their previously filed Joint Motion to Stagger Sentences [R.E. 340] for the reason that on February 4, 2026, defendants filed an Amended Joint Motion to Stagger Sentences [R.E. 341].

Respectfully submitted,

| | |
|---|---|
| /s/Mark J. Kriger | /s/Joshua A. Blanchard |
| Attorney for Brian Bartlett | Attorney for Jeffrey Bartlett |
| 500 Griswold Street, Suite 2400 | 309 S. Lafayette St, Suite 208 |
| Detroit, Michigan  48226 | Greenville, MI 48838 |
| (313) 967-0100 | (616) 773-2945 |
| E-Mail: mkriger@sbcglobal.net | Email: josh@blanchard.law |
| Dated: February 4, 2026 | |

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                        s/Mark J. Kriger
                                        LARENE & KRIGER, P.L.C.
                                        500 Griswold, Suite 2400
                                        Detroit, Michigan 48226
                                        (313) 967-0100
                                        E-mail: mkriger@sbcglobal.net