UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

Plaintiff,

v.

Jeffrey Bartlett,

Defendant.

Criminal No. 23-cr-20676
Hon. David M. Lawson

---

**STIPULATION TO AMEND JUDGMENT AND SET REPORT DATE**

---

The United States and Defendant Jeffrey Bartlett hereby stipulate to an Order amending the recommended prison placement to recommend FPC Morgantown, West Virginia and setting the surrender date to a date determined by the Bureau of Prisons on or after November 16, 2026.

The Court previously staggered Mr. Bartlett's sentence with his co-defendant and brother, in part, to allow them to ensure continuity of their private surveying business and the employees it supports. ECF No. 344. Mr. Bartlett's brother has now been released from the Bureau of Prisons. The prior order called for Jeffrey Bartlett to report to his designated institution on November 16, 2026, and to inform the Court if his brother

was released earlier, to allow the Court to potentially require an earlier report date. *Id.* Because November 16, 2026 is approaching soon, and to allow an orderly transition of business duties, the parties have agreed that these few weeks of transition would be helpful to effectuate the purposes of the prior order.

Therefore, the parties stipulate to an amended recommendation that Mr. Bartlett serve his sentence at FPC Morgantown, West Virginia and setting his report date as determined by the Bureau of Prisons on or after November 16, 2026.

JEROME F. GORGON, JR.
United States Attorney

s/ Kenton Welkener (w/ consent)
Kenton Welkener
Assistant U. S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-0248
Kenton.Welkener@usdoj.gov

/s/Joshua A. Blanchard
Attorney for Jeffrey Bartlett
Blanchard Law
309 S. Lafayette St., Ste. 208
Greenville, MI 48838
616-773-2945
josh@blanchard.law