UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case Number 23-20676-01
Honorable David M. Lawson

JEFFREY BARTLETT,

Defendant.
_______________________________________/

**ORDER GRANTING STIPULATION TO AMEND JUDGMENT AND SET REPORT DATE**

On July 28, 2026, Magistrate Judge Kimberly Altman conducted a change-of-plea hearing in this matter, and that same day issued a report recommending that this Court's predecessor, the Honorable Judge Ludington, accept his guilty plea. ECF No. 285, PageID.3163. In the guilty plea, defendant Jeffrey Bartlett pleaded guilty to one count of conspiracy to defraud the United States in violation of 18 U.S.C. § 371. ECF No. 270, PageID.3055. Magistrate Judge Altman's report was adopted on August 14, 2025. *See* ECF No. 285. However, the defendant was not the only defendant that had pleaded guilty; his brother, Brian Bartlett, had also entered into a plea agreement, had a hearing in front of Magistrate Judge Altman, and a report and recommendation was adopted as to him by Judge Ludington. *See ibid.* A judgment was entered on November 19, 2025 as to Jeffrey Bartlett in which it was recommended that the defendant be considered for placement at Federal Prison Camp (FPC) Montgomery, Alabama. ECF No. 328, PageID.4135–36.

After sentencing, the Bartletts filed an amended joint motion to stagger their sentences because the two of them own a business together that would be harmed if both were imprisoned at the same time. ECF No. 341. Judge Ludington entered an order granting the joint motion, and

Jeffrey Bartlett was told to report to his designated institution on November 16, 2026. However, if Brian Bartlett was released from his designated institution prior to November 2026, then Jeffrey Bartlett was to notify the Court, who could then order Jeffrey Bartlett to report to his designated institution prior to November 16, 2026. ECF No. 344, PageID.4229-30.

On October 27, 2026, the parties in the case filed a stipulation requesting an amendment of Jeffrey Bartlett's judgment to set a new report date. ECF No. 349. In the stipulation, the parties request that Jeffrey Bartlett's recommended prison placement be changed to FPC Morgantown, West Virginia. *See ibid.* Additionally, the parties acknowledge that Brian Bartlett has been released before November 2026. However, the parties agree that more time is necessary to ensure the orderly transition of the brother's joint business. *Id.* at PageID.4258. Therefore, the parties request the Court to set Jeffrey Bartlett's report date for on or after November 16, 2026. *Ibid.*

Accordingly, it is **ORDERED** that the parties' stipulation (ECF No. 349) is **GRANTED**.

It is further **ORDERED** that the Court's recommendation for placement at FPC Montgomery, Alabama is **WITHDRAWN**, and it is **RECOMMENDED** that the defendant be designated to FPC Morgantown, West Virginia.

It is further **ORDERED** that defendant Jeffrey Bartlett is **DIRECTED** to report to his designated institution no later than November 16, 2026.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: November 2, 2026